Argued and submitted January 10, ballot title certified as modified January 24, 1984

CRABTREE et al,
*Petitioners,*

*v.*

PAULUS,
*Respondent.*

(SC S30160)

675 P2d 485

Thomas Crabtree, pro se, Bend, argued the cause for petitioners. With him on the petition was Robert J. Larson, Eugene.

John D. Reuling, Jr., Special Counsel to the Attorney General, Salem, argued the cause for respondent. With him on the Memorandum in Answer to Petition to Review Ballot Title were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

PER CURIAM

## PER CURIAM

This petition concerns the same ballot title as we examined in *Wells v. Paulus,* 296 Or 338, 675 P2d 482 (1984). Petitioner contends that the original ballot title was insufficient and unfair because it does not state the true purpose of the measure, to diminish individual rights in favor of the prosecution in criminal cases. As we pointed out in *Wells v. Paulus,* the measure proposes changes beyond those affecting the prosecution of criminal defendants. It is important that the ballot title convey the breadth of these proposed changes. We agree with petitioner that the proposed changes are "numerous."

Ballot title certified as modified in *Wells v. Paulus, supra.*